UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNIELIUS FELDER<br>AS PERSONAL REPRESENTATIVE OF<br>THE ESTATE OF HAROLD INGRAM,<br>200 Virginia Street, Apartment 9<br>Kenbridge, Virginia 23944<br><br>Plaintiff.<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY<br>600 5th Street, N.W.<br>Washington, D.C. 20001<br><br>And<br><br>CHRIS HAMLIN<br>600 5TH Street, N.W.<br>Washington, D.C. 20001<br><br>Defendant. | ) Case No: |

NOTICE OF REMOVAL

Comes now the Defendant, pursuant to 28 U.S.C. §144l(a), 28 U.S.C. §1446, and D.C. Code Ann. §9-1107.01(81) (2001), and gives notice that the instant action is removed from the Superior Court of the District of Columbia to this Court. The removal is based upon the following grounds:

1. October 17, 2014, Plaintiff filed a Complaint against Defendant Washington Metropolitan Area Transit Authority (WMATA) and Chris Hamlin in the Civil Division of the Superior Court of the District of Columbia. Copies of the Complaint, <u>Cornielius Felder, as Personal Representative of the Estate of Harold</u>

Ingram v. Washington Metropolitan Area Transit Authority, 2014-CA-0006601 B, the Superior Court's Initial Order and Addendum and the Summons in that case are attached hereto.

2. Defendant WMATA was served with process on October 22, 2014.

3. This is a civil action in which this Court has original jurisdiction under the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code 9-1107.01, Section 81, which provides:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland and Virginia, of all action brought by or against the Authority and to enforce subpoenas issued under this Title. Any such action initiated in a State Court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. §1446).

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

Kathryn Pett #1013423
General Counsel

/s/Kathleen A. Carey
Kathleen A. Carey #357990
Chief Counsel-Torts
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-1496
Kcarey@wmata.com
Attorneys for Defendant WMATA

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant WMATA's Notice of Removal was served by efiling and mail, postage prepaid, on this 12th day of November 2014 to:

Patrick A. Malone
Daniel C. Scialpi
Patrick Malone & Associates, PC
1111 16th Street, N.W.
Suite 400
Washington, D.C. 20036

Walter Enroch
Emroch & Kilduff, LLP
3600 W. Broad Street
Suite 700
Richmond, VA 23230

/s/Kathleen A. Carey
Kathleen A. Carey